UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
)
RENATO ALVES COSTA                           )
        Plaintiff(s),                      )
)
v.                                           )       Civil Action No. 26-11712-JEK
)
)
DAVID WESLING, ANTONE MONIZ, TODD            )
LYONS, U.S. DEPARTMENT OF HOMELAND           )
SECURITY, MARKWAYNE MULLIN, and              )
TODD BLANCHE                                 )
        Defendant(s).                      )
)

## JUDGMENT

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Memorandum & Order dated April 21, 2026, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Renato Alves Costa.

Dated: April 28, 2026

                                    /s/ Haley Currie

                                    Deputy Clerk